UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

**BRENDA KAY JOHNSON,**

    **Plaintiff,**

**v.**                                      **Civil Action No.:** 4:23-cv-000127-RBS-LRL

**VETTY, INC.,**

    **Defendant.**

**NOTICE OF SETTLEMENT AS TO VETTY, INC.**

NOTICE IS HEREBY GIVEN that Plaintiff Brenda Kay Johnson and Defendant Vetty, Inc., collectively "the Parties," have resolved the claims between them in this matter. The Parties will voluntarily dismiss the action in due course and request thirty days in which to do so. The Parties request the Court retain jurisdiction for the purpose of enforcing the settlement pursuant to *Kokkonen v. Guardian Life Ins. Co.,* 511 U.S. 374 (1994).

Respectfully submitted this 6th day of December 2023.

                                                 **BRENDA KAY JOHNSON**

                                                 */s/*
                                                 Susan M. Rotkis, VSB 40693
                                                 CONSUMER ATTORNEYS
                                                 8245 N. 85th Way
                                                 Scottsdale, Arizona 85258
                                                 T: 602-807-1504
                                                 E: srotkis@consumerattorneys.com

                                                 *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 6, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

                                **BRENDA KAY JOHNSON**

                                */s/*
                              Susan M. Rotkis, VSB 40693
                              CONSUMER ATTORNEYS
                              8245 N. 85th Way
                              Scottsdale, Arizona 85258
                              T: 602-807-1504
                              E: srotkis@consumerattorneys.com

                              *Attorneys for Plaintiff*