UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

BRENDA KAY JOHNSON,

    Plaintiff,

v.                                          Case No. 4:23cv127

VETTY, INC.,

    Defendant.

## ORDER

The parties herein have reported to the court that this matter is settled. It is, therefore, **ORDERED** that this case be, and it hereby is, **DISMISSED AGREED** with prejudice. Jurisdiction in the matter is retained solely for the purpose of enforcing the settlement agreement resulting in dismissal of the action.

The Clerk shall forward copies of this order to all counsel of record.

                                                  /s/
                                   Rebecca Beach Smith
                                   Senior United States District Judge

January 23, 2024
                                   SENIOR UNITED STATES DISTRICT JUDGE